IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WALTER BLANCK,

                        Plaintiff,

      v.

CORRECTIONAL OFFICER VERDEGEN,

                        Defendant.

ORDER

14-cv-135-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In this case, plaintiff Walter Blanck is proceeding on claims that defendant correctional officer Verdegen has failed to protect him from assault and encouraged assaults against him. Now before the court is plaintiff's "motion to recuse" the Wisconsin Department of Justice from representing defendant. I cannot envision a scenario under which I would have the authority to grant such a request, and in any case, plaintiff has not raised a coherent argument in favor of his request. Accordingly, IT IS ORDERED that plaintiff's motion to recuse the Department of Justice from representing defendant, dkt. #9, is DENIED.

      Entered this 5th day of May, 2014.

                                      BY THE COURT:
                                      /s/
                                      BARBARA B. CRABB
                                      District Judge